No. 678. El Pueblo, Demandante y Apelado, *v.* Velilla, Acusado y Apelante.—Apelación procedente de la Corte de Distrito de Arecibo en causa por acometimiento y agresión graves. Resuelto en mayo 4, 1914. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* El apelante no compareció.

———

No. 677. El Pueblo, Demandante y Apelado, *v.* Dávila, Acusado y Apelante.—Apelación procedente de la Corte de Distrito de Arecibo en causa por acometimiento y agresión graves. Resuelto en mayo 4, 1914. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* El apelante no compareció.

———

No. 676. El Pueblo, Demandante y Apelado, *v.* Fernández, Acusado y Apelante.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª., en causa por abuso de confianza. Resuelto en mayo 5, 1914. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* El apelante no compareció.

———

No. 1145. Piñeiro, Fernández & Co., en Liquidacion, Demandantes y Apelados, *v.* Zamorano, Demandado y Apelante.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª., en un caso sobre cobro de una cantidad de dinero. Moción de la parte apelada para que se desestime la apelación por no haberse radicado la transcripción de autos. Resuelto en mayo 7, 1914. Desestimada la apelación. Abogado de los apelados: *Sres. Bosch y Soto.* El apelante no compareció.